IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH WOODS,

      Plaintiff,                    No. CIV S-05-2369 DFL PAN P

      vs.

SANDS,

      Defendant.

_____/      <u>ORDER</u>

        Plaintiff is a county jail inmate proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).[1]  Accordingly, the request to proceed in forma pauperis will be granted.

---

[1] On November 22, 2005, at the time he filed the original complaint in this action plaintiff filed a motion to proceed in forma pauperis to which is appended a copy of his inmate trust account statement from the Solano County Jail.  By order filed April 11, 2006, plaintiff's first motion to proceed in forma pauperis was dismiss with leave to file a new motion on the form used by this court.  On April 26, 2006, plaintiff timely filed a new motion to proceed in forma pauperis.  No trust account statement is appended to the latter motion.  However, since plaintiff tendered a trust account statement with his first motion the court finds his current motion complete.

Plaintiff is required to pay the statutory filing fee of $250.00 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1). An initial partial filing fee of $14.87 will be assessed by this order. 28 U.S.C. § 1915(b)(1). By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court. Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments will be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis is granted.

2. Plaintiff is obligated to pay the statutory filing fee of $250.00 for this action. Plaintiff is assessed an initial partial filing fee of $14.87. All fees shall be collected and paid in accordance with this court's order to the Sheriff of Solano County filed concurrently herewith.

3. Service is appropriate for defendant Sands.

4. The Clerk of the Court shall send plaintiff one USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed November 22, 2005.

5. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. One completed summons;

    b. One completed USM-285 form for the defendant listed in number 3 above; and

    c. Two copies of the endorsed complaint filed November 22, 2005.

6. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: June 5, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12/mp
wood2369.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH WOODS,

    Plaintiff,                        No. CIV S-05-2369 DFL PAN P

    vs.

SANDS,                                <u>NOTICE OF SUBMISSION</u>

    Defendant.                  <u>OF DOCUMENTS</u>

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____    completed summons form

        _____    completed USM-285 forms

        _____    copies of the _____
                                          Complaint/Amended Complaint

DATED:

                                                _____
                                                Plaintiff